AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: <br> 23-mj-00097 | Date and time warrant executed: <br> May 19, 2023 5:00pm | Copy of warrant and inventory left with: <br> N/A |
| Inventory made in the presence of :    SA Dillon Torno ||| 
| Inventory of the property taken and name(s) of any person(s) seized: <br><br>    No property or persons seized; responsive data received from cellular providers. |||

**Certification**

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:    8/25/23

 

*Executing officer's signature*

Ryan S. Burke, Special Agent
*Printed name and title*